IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.I., a Minor, by and through MAGGIE M. INGRAM, her Parent and Natural Guardian, and MAGGIE M. INGRAM, individually,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. COOMER; and ROCKWELL TRANSPORTATION, INC.,<br><br>Defendants. | Civil Action No.: 1:23-cv-106<br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## PETITION FOR LEAVE TO SETTLE A MINOR'S CLAIM

AND NOW, comes the Petitioner, Maggie M. Ingram, as the Parent and Natural Guardian of Brinlee Ingram, a Minor, (hereinafter "Minor"), by her attorneys, Brendan B. Lupetin, Esquire and Lupetin & Unatin, LLC, and respectfully represents and requests as follows:

1. Petitioner Maggie M. Ingram is the parent and natural guardian of Minor.

2. On April 14, 2021, Petitioner and Minor were injured in a motor vehicle wreck caused by the Defendants.

3. The fault for the crash was attributed to Defendant Michael Coomer.

4. As a result of the crash, minor suffered de minimis injuries that consisted of a swollen nose and small cut to the right knee.

5. Minor Plaintiff was transported by ambulance from the scene of the crash to Corry Memorial Hospital where she was examined and released shortly after.

6. Three weeks after the crash, Plaintiff had Minor Plaintiff evaluated by an ENT physician where it was noted, "Parent states [Minor Plaintiff] were in a car accident on 4/14 and ever since PT will c/o her ears being plugged caused pain."

7. Minor Plaintiff was diagnosed with an ear infection and nasal congestion (neither of which the doctor related to the car crash) and prescribed antibiotics.,

8. This was the extent of Minor Plaintiff's medical care.

9. Minor Plaintiff was insured through Medicaid. However, Medicaid indicated it did not pay for any medical care related to the crash. In other words, Medicaid determined that Minor Plaintiff did not require any medical care due to the crash.

10. Minor Plaintiff has not required any further medical care.

11. Petitioner retained Lupetin & Unatin, LLC., to represent her and Minor for the injuries sustained in the above crash.

12. Given the clear-cut nature of liability as well as the minimal amount of injuries, Minor Plaintiff's counsel was not required to undertake significant efforts other than preparing a filing a complaint.

13. Due to the minimal injuries sustained by Minor and lack of any medical bills or other economic or out-of-pocket expenses, Minor's lawsuit was settled for $10,000.

14. A copy of the Settlement Release setting forth the terms of the proposed settlement is attached hereto as "Exhibit A."

15. Petitioners retained counsel at a 33.33% contingent fee basis.

16. **However, due to the modest size of the settlement, undersigned counsel is waiving his fee and advanced costs.**

17.  Petitioner has completely read and fully understands the settlement agreement.

18.  Petitioners' counsel attests and genuinely believes that this settlement is fair and in the best interests of Minor.

WHEREFORE, Petitioners request that this Court grant them leave to settle this case.

Respectfully submitted,

LUPETIN & UNATIN, LLC

By: /s/Brendan B. Lupetin
Brendan B. Lupetin, Esquire
PA I.D #201164

The Gulf Tower, Suite 3200
707 Grant Street
Pittsburgh, PA 15219
(412) 281-4100
blupetin@pamedmal.com

Attorneys for Minor Plaintiff

**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| B.I., a Minor, by and through MAGGIE M. INGRAM, her Parent and Natural Guardian, and MAGGIE M. INGRAM, individually, </br></br>Plaintiffs, </br></br>v. </br></br>MICHAEL J. COOMER; and ROCKWELL TRANSPORTATION, INC., </br></br>Defendants. | Civil Action No.: 1:23-cv-106 </br></br></br></br></br></br></br>**JURY TRIAL DEMANDED** |

## AFFIDAVIT OF BRENDAN LUPETIN

I, Brendan B. Lupetin, Esq., being duly sworn, depose and say:

1. I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania and I represent B.I., the Minor Plaintiff in the above-captioned matter.

2. I submit this affidavit in support of the Petition for Leave to Settle a Minor's Claim regarding the personal injuries sustained in a motor vehicle crash as described herein.

3. I have personally reviewed all the facts and circumstances surrounding the case, including the injury sustained by the minor, the medical treatment received, the prognosis, and the terms of the proposed settlement.

4. I attest to the best of my knowledge, information, and belief that the statements and representations made in the petition are true and accurate.

5. I have examined the settlement and believe it to be fair and reasonable, and in the best interests of the minor, taking into consideration the severity of the injury, the liability issues involved, and the minor's current and future needs.

6. The settlement was negotiated in good faith and the proceeds are recommended to be allocated such that Minor Plaintiff shall receive the full amount of her settlement without any reduction for attorney's fees or costs.

7. I affirm that neither I nor my law firm have received any other form of payment for legal services rendered in connection with Minor Plaintiff's claim.

8. I further affirm that all statutory requirements for the approval of a minor's settlement have been met, and all necessary parties have been properly notified of the petition and have given their consent, as required by law.

9. I request that the Court approve the settlement as set forth in the petition and authorize the execution and delivery of all documents necessary to effectuate the settlement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 7th day of November 2023.

By: /s/Brendan B. Lupetin
Brendan B. Lupetin, Esquire
PA I.D #201164

The Gulf Tower, Suite 3200
707 Grant Street
Pittsburgh, PA 15219
(412) 281-4100
blupetin@pamedmal.com

Attorneys for Minor Plaintiff