IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.I., a Minor, by and through MAGGIE M. INGRAM, her Parent and Natural Guardian, and MAGGIE M. INGRAM, individually,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. COOMER; and ROCKWELL TRANSPORTATION, INC.,<br><br>Defendants. | Civil Action No.: 1:23-cv-106<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF COURT

AND NOW, to-wit, this 30th day of November, 2023, it is hereby ORDERED, ADJUDGED, AND DECREED that upon consideration of the foregoing Plaintiffs' Petition for Leave to Settle a Minor's Claim, said Petition is GRANTED and Petitioner MAGGIE M. INGRAM, Parent and Natural Guardian of B.I., a Minor, is granted leave to settle the above-captioned case with the settlement proceeds in the sum of $10,000.00 to be paid shortly after settlement of the claim is finalized and approval granted by the Court as follows:

a. **$10,000.00** shall be deposited only in the full name of B. I., a minor, by Petitioner MAGGIE M. INGRAM, counsel of record, in a savings account in a federally insured bank, savings and loan association or credit union. The savings account or certificate of deposit shall be marked "NOT TO BE

1

WITHDRAWN UNTIL THE MINOR REACHES THE AGE OF MAJORITY OR BY FURTHER ORDER OF COURT."

b. Counsel is not taking a fee nor is he seeking reimbursement of advanced costs as part of this settlement.

BY THE COURT:

*/s/ Susan Paradise Baxter*

Respectfully submitted,

LUPETIN & UNATIN, LLC

By: /s/Brendan B. Lupetin
Brendan B. Lupetin, Esquire
PA I.D #201164

The Gulf Tower, Suite 3200
707 Grant Street
Pittsburgh, PA 15219
(412) 281-4100
blupetin@pamedmal.com

Attorneys for Plaintiffs